# Exhibit B

**EXHIBIT B TO COMPLAINT FOR PATENT INFRINGEMENT**

| Defendant | Retail Name and Model No. | Release Date (if known) |
|---|---|---|
| Apple | iPhone 5 | September 2012 |
| Apple | iPhone 5c | September 2013 |
| Apple | iPhone 5s | September 2013 |
| Apple | iPhone 6 | September 2014 |
| Apple | iPhone 6 Plus | September 2014 |
| HTC | 8XT | July 2013 |
| HTC | Butterfly | January 2013 |
| HTC | Butterfly 2 | September 2014 |
| HTC | Butterfly S | July 2013 |
| HTC | Desire 200 | July 2013 |
| HTC | Desire 210 | June 2014 |
| HTC | Desire 300 | December 2013 |
| HTC | Desire 310 | April 2014 |
| HTC | Desire 400 | December 2012 |
| HTC | Desire 500 | September 2013 |
| HTC | Desire 501 | February 2014 |
| HTC | Desire 510 | September 2014 |
| HTC | Desire 516 | June 2014 |
| HTC | Desire 600 | June 2013 |
| HTC | Desire 601 | October 2013 |
| HTC | Desire 610 | May 2014 |
| HTC | Desire 616 | June 2014 |
| HTC | Desire 700 | January 2014 |
| HTC | Desire 816 | March 2014 |
| HTC | Desire 820 | November 2014 |
| HTC | Desire C | June 2012 |
| HTC | Desire Eye | Unknown |
| HTC | Desire L | April 2013 |
| HTC | Desire P | April 2013 |
| HTC | Desire Q | April 2013 |
| HTC | Desire V | June 2012 |
| HTC | Desire X | October 2012 |
| HTC | Droid DNA | November 2012 |
| HTC | Droid Incredible 4G LTE | July 2012 |
| HTC | Evo 4G LTE | June 2012 |
| HTC | First | April 2013 |
| HTC | J | August 2012 |
| HTC | One | March 2013 |

| Defendant | Retail Name and Model No. | Release Date (if known) |
|---|---|---|
| HTC | One (E8) | June 2014 |
| HTC | One (M8) | March 2014 |
| HTC | One (M8) for Windows | March 2014 |
| HTC | One max | October 2013 |
| HTC | One mini | August 2013 |
| HTC | One mini 2 | May 2014 |
| HTC | One S | March 2012 |
| HTC | One SV | January 2013 |
| HTC | One SV LTE | January 2013 |
| HTC | One V | March 2012 |
| HTC | One V CDMA | June 2012 |
| HTC | One VX | November 2012 |
| HTC | One X | March 2012 |
| HTC | One X AT&T | May 2012 |
| HTC | One X+ | November 2012 |
| HTC | One X+ LTE | Unknown |
| HTC | Titan II | April 2012 |
| HTC | Windows Phone 8S | Unknown |
| HTC | Windows Phone 8X | November 2012 |
| LG | Connect 4G | March 2012 |
| LG | Enact | August 2013 |
| LG | Escape | September 2012 |
| LG | Extravert 2 | Unknown |
| LG | F4N | Unknown |
| LG | F60 | October 2014 |
| LG | F70 | Unknown |
| LG | Fireweb | October 2013 |
| LG | G Flex | November 2013 |
| LG | G Pad 8.3 | October 2013 |
| LG | G Pro 2 | March 2014 |
| LG | G Pro Lite Dual | October 2013 |
| LG | G Vista | August 2014 |
| LG | G2 | September 2013 |
| LG | G2 mini | April 2014 |
| LG | G3 | May 2014 |
| LG | G3 Cat. 6 | Unknown |
| LG | G3 s | August 2014 |
| LG | G3 Stylus | October 2014 |
| LG | Intuition | September 2012 |
| LG | L Bello | Septemder 2014 |

| Defendant | Retail Name and Model No. | Release Date (if known) |
|---|---|---|
| LG | L Fino | September 2014 |
| LG | L20 | July 2014 |
| LG | L30 | June 2014 |
| LG | L35 | June 2014 |
| LG | L40 | March 2014 |
| LG | L50 | July 2014 |
| LG | L60 | August 2014 |
| LG | L65 | Unknown |
| LG | L70 | March 2014 |
| LG | L80 | May 2014 |
| LG | L90 | March 2014 |
| LG | Lucid | March 2012 |
| LG | Lucid 2 | April 2013 |
| LG | Lucid 3 | April 2014 |
| LG | Mach | November 2012 |
| LG | Motion 4G | August 2012 |
| LG | Optimus 3D Max | April 2012 |
| LG | Optimus 4X HD | June 2012 |
| LG | Optimus Elite | April 2012 |
| LG | Optimus Exceed 2 | Unknown |
| LG | Optimus F3 | June 2013 |
| LG | Optimus F3Q | February 2014 |
| LG | Optimus F5 | May 2013 |
| LG | Optimus F6 | September 2013 |
| LG | Optimus F7 | June 2013 |
| LG | Optimus G | Unknown |
| LG | Optimus G AT&T | November 2012 |
| LG | Optimus G Pro | May 2013 |
| LG | Optimus G Sprint | November 2012 |
| LG | Optimus GJ | June 2013 |
| LG | Optimus L1 II | April 2013 |
| LG | Optimus L1 II Dual | Unknown |
| LG | Optimus L1 II Tri | February 2014 |
| LG | Optimus L3 | Unknown |
| LG | Optimus L3 Dual | Unknown |
| LG | Optimus L3 II | April 2013 |
| LG | Optimus L4 II | July 2013 |
| LG | Optimus L4 II Dual | July 2013 |
| LG | Optimus L5 | June 2012 |
| LG | Optimus L5 II | March 2013 |

| Defendant | Retail Name and Model No. | Release Date (if known) |
|---|---|---|
| LG | Optimus L7 | May 2012 |
| LG | Optimus L7 II | March 2013 |
| LG | Optimus L9 | October 2012 |
| LG | Optimus L9 II | October 2013 |
| LG | Optimus L9 T-Mobile | October 2012 |
| LG | Optimus Link | Unknown |
| LG | Optimus M+ | April 2012 |
| LG | Optimus Regard | Unknown |
| LG | Optimus Zone | June 2013 |
| LG | Optimus Zone 2 | Unknown |
| LG | Realm | Unknown |
| LG | Spectrum | January 2012 |
| LG | Spectrum 2 | October 2012 |
| LG | Spirit 4G | January 2013 |
| LG | Splendor | September 2012 |
| LG | Transpyre | Unknown |
| LG | Tribute | October 2014 |
| LG | Viper 4G LTE | April 2012 |
| LG | Volt | May 2014 |
| Motorola | Atrix HD | July 2012 |
| Motorola | Defy Mini | February 2012 |
| Motorola | Defy Pro | July 2012 |
| Motorola | Defy XT | August 2012 |
| Motorola | Droid 4 | February 2012 |
| Motorola | Droid MAXX | August 2013 |
| Motorola | Droid Mini | July 2013 |
| Motorola | Droid RAZR HD | October 2014 |
| Motorola | Droid Razr M | September 2012 |
| Motorola | Droid Razr Maxx | January 2012 |
| Motorola | Droid RAZR MAXX HD | October 2014 |
| Motorola | Droid Turbo | October 2014 |
| Motorola | Droid Ultra | August 2013 |
| Motorola | Electrify 2 | August 2012 |
| Motorola | Electrify M | November 2012 |
| Motorola | Gleam+ | April 2012 |
| Motorola | i867 | February 2012 |
| Motorola | Luge | August 2014 |
| Motorola | Moto E | May 2014 |
| Motorola | Moto G (1st Gen.) | November 2013 |
| Motorola | Moto G (2nd Gen.) | September 2014 |

| Defendant | Retail Name and Model No. | Release Date (if known) |
|---|---|---|
| Motorola | Moto G 4G LTE | June 2014 |
| Motorola | Moto X (1st Gen.) | August 2013 |
| Motorola | Moto X (2nd Gen.) | September 2014 |
| Motorola | Motoluxe | March 2012 |
| Motorola | Photon Q 4G LTE | August 2012 |
| Motorola | Razr D1 | March 2013 |
| Motorola | Razr D3 | April 2013 |
| Motorola | Razr i | October 2012 |
| Motorola | Razr Maxx | May 2012 |
| Motorola | Razr V | June 2012 |
| Samsung | Ativ Odyssey | January 2013 |
| Samsung | Ativ S | December 2012 |
| Samsung | Ativ S Neo | August 2013 |
| Samsung | Ativ SE | April 2014 |
| Samsung | Exhilarate | Unknown |
| Samsung | Focus 2 | May 2012 |
| Samsung | Freeform M | Unknown |
| Samsung | Galaxy A3 | November 2014 |
| Samsung | Galaxy A5 | December 2014 |
| Samsung | Galaxy Ace 2 | Unknown |
| Samsung | Galaxy Ace 3 | July 2013 |
| Samsung | Galaxy Ace 4 | August 2014 |
| Samsung | Galaxy Ace Duos | Unknown |
| Samsung | Galaxy Ace II x | November 2012 |
| Samsung | Galaxy Ace NXT | August 2014 |
| Samsung | Galaxy Ace Plus | February 2012 |
| Samsung | Galaxy Ace Style | May 2014 |
| Samsung | Galaxy Admire 4G | December 2012 |
| Samsung | Galaxy Alpha | September 2014 |
| Samsung | Galaxy Amp | May 2013 |
| Samsung | Galaxy Appeal | June 2012 |
| Samsung | Galaxy Attain 4G | February 2012 |
| Samsung | Galaxy Avant | July 2014 |
| Samsung | Galaxy Axiom | November 2012 |
| Samsung | Galaxy Beam | July 2012 |
| Samsung | Galaxy Beam 2 | July 2014 |
| Samsung | Galaxy Centura | Unknown |
| Samsung | Galaxy Chat | August 2012 |
| Samsung | Galaxy Core | Unknown |
| Samsung | Galaxy Core 2 | July 2014 |

| Defendant | Retail Name and Model No. | Release Date (if known) |
|---|---|---|
| Samsung | Galaxy Core Advance | February 2014 |
| Samsung | Galaxy Core LTE | May 2014 |
| Samsung | Galaxy Core Plus | October 2013 |
| Samsung | Galaxy Discover | November 2012 |
| Samsung | Galaxy Discover S730G | Unknown |
| Samsung | Galaxy Exhibit | Unknown |
| Samsung | Galaxy Express | Unknown |
| Samsung | Galaxy Express 2 | October 2013 |
| Samsung | Galaxy Express i437 | November 2012 |
| Samsung | Galaxy Fame | Unknown |
| Samsung | Galaxy Fame Lite Duos | Unknown |
| Samsung | Galaxy Golden | October 2013 |
| Samsung | Galaxy Grand | January 2013 |
| Samsung | Galaxy Grand 2 | January 2014 |
| Samsung | Galaxy Grand Neo | January 2014 |
| Samsung | Galaxy Grand Prime | October 2014 |
| Samsung | Galaxy II Plus | January 2013 |
| Samsung | Galaxy K zoom | June 2014 |
| Samsung | Galaxy Light | October 2013 |
| Samsung | Galaxy Mega 2 | September 2014 |
| Samsung | Galaxy Mega 5.8 | May 2013 |
| Samsung | Galaxy Mega 6.3 | June 2013 |
| Samsung | Galaxy mini 2 | March 2012 |
| Samsung | Galaxy Music | November 2012 |
| Samsung | Galaxy Nexus Sprint | April 2012 |
| Samsung | Galaxy Note 3 | September 2013 |
| Samsung | Galaxy Note 3 Neo | February 2014 |
| Samsung | Galaxy Note 4 | October 2014 |
| Samsung | Galaxy Note Edge | November 2014 |
| Samsung | Galaxy Note II | September 2012 |
| Samsung | Galaxy Note II AT&T | November 2012 |
| Samsung | Galaxy Note II Sprint | October 2012 |
| Samsung | Galaxy Note II T-Mobile | October 2012 |
| Samsung | Galaxy Note II US Cellular | October 2012 |
| Samsung | Galaxy Note II Verizon | November 2012 |
| Samsung | Galaxy Note LTE | Unknown |
| Samsung | Galaxy Note T-Mobile | Unknown |
| Samsung | Galaxy Pocket | April 2012 |
| Samsung | Galaxy Pocket 2 | September 2014 |
| Samsung | Galaxy Pocket Duos | Septemder 2012 |

| Defendant | Retail Name and Model No. | Release Date (if known) |
|---|---|---|
| Samsung | Galaxy Pocket Neo | Unknown |
| Samsung | Galaxy Pocket Plus | Unknown |
| Samsung | Galaxy Premier | January 2013 |
| Samsung | Galaxy Prevail 2 | July 2013 |
| Samsung | Galaxy Reverb | December 2012 |
| Samsung | Galaxy Ring | June 2013 |
| Samsung | Galaxy Round | October 2013 |
| Samsung | Galaxy Rugby Pro | October 2012 |
| Samsung | Galaxy Rush | September 2012 |
| Samsung | Galaxy S Advance | February 2012 |
| Samsung | Galaxy S Blaze 4G | March 2012 |
| Samsung | Galaxy S Duos | September 2012 |
| Samsung | Galaxy S II CDMA | February 2012 |
| Samsung | Galaxy S II TV | Unknown |
| Samsung | Galaxy S III | May 2012 |
| Samsung | Galaxy S III AT&T | June 2012 |
| Samsung | Galaxy S III Cricket | Unknown |
| Samsung | Galaxy S III MetroPCS | October 2012 |
| Samsung | Galaxy S III mini | November 2012 |
| Samsung | Galaxy S III mini Value Edition | March 2014 |
| Samsung | Galaxy S III Sprint | June 2012 |
| Samsung | Galaxy S III T-Mobile | June 2012 |
| Samsung | Galaxy S III Verizon | June 2012 |
| Samsung | Galaxy S Lightray 4G | August 2012 |
| Samsung | Galaxy S Relay 4G | September 2012 |
| Samsung | Galaxy S3 Neo | April 2014 |
| Samsung | Galaxy S3 Slim | March 2014 |
| Samsung | Galaxy S4 | Unknown |
| Samsung | Galaxy S4 Active | June 2013 |
| Samsung | Galaxy S4 mini | November 2013 |
| Samsung | Galaxy S4 Value Edition | Unknown |
| Samsung | Galaxy S4 Zoom | July 2013 |
| Samsung | Galaxy S5 | March 2014 |
| Samsung | Galaxy S5 Active | June 2014 |
| Samsung | Galaxy S5 Mini | July 2014 |
| Samsung | Galaxy S5 Plus | November 2014 |
| Samsung | Galaxy S5 Sport | June 2014 |
| Samsung | Galaxy Star | Unknown |
| Samsung | Galaxy Star 2 | August 2014 |
| Samsung | Galaxy Stellar | August 2012 |

| Defendant | Retail Name and Model No. | Release Date (if known) |
|---|---|---|
| Samsung | Galaxy Stratosphere II | November 2012 |
| Samsung | Galaxy Tab 2 10.1 (AT&T) | November 2012 |
| Samsung | Galaxy Tab 7.7 LTE | March 2012 |
| Samsung | Galaxy Trend Lite | October 2013 |
| Samsung | Galaxy V | September 2014 |
| Samsung | Galaxy Victory 4G LTE | September 2012 |
| Samsung | Galaxy Win | Unknown |
| Samsung | Galaxy Xcover 2 | March 2013 |
| Samsung | Galaxy Y Duos | February 2012 |
| Samsung | Galaxy Y Pro Duos | January 2012 |
| Samsung | Galaxy Young | March 2013 |
| Samsung | Galaxy Young 2 | October 2014 |
| Samsung | Omnia M | July 2012 |
| Samsung | Rugby Smart | March 2012 |
| Samsung | Z | Unknown |