**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ROSETTA-WIRELESS CORP., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Case No. 1:15-cv-00799 |
| | § | |
| APPLE INC., et al., | § | Judge Joan H. Lefkow |
| | § | |
| Defendants. | § | |

**DEFENDANTS' MOTION TO SEVER THE PROCEEDINGS
PURSUANT TO 35 U.S.C. § 299**

Defendants Apple Inc. ("Apple"); Samsung Electronics Co. Ltd. and Samsung

Electronics America, Inc., (collectively, "Samsung"); Motorola Mobility LLC ("Motorola"); LG

Electronics, Inc. and LG Electronics U.S.A., Inc. (collectively, "LG"); and High Tech Computer

Corp. and HTC America Inc. (collectively, "HTC"), (collectively, "Defendants"), by and through

their undersigned counsel, hereby respectfully request this Court sever the claims against them

brought by Plaintiff Rosetta-Wireless Corp. ("Rosetta") on the grounds that they are

impermissibly joined in this action in violation of 35 U.S.C. § 299.  HTC further respectfully

requests that the Court dismiss the severed HTC parties.  In further support of their motion,

Defendants state as follows:

1.      On June 1, 2015, Rosetta filed its Amended Complaint alleging that Defendants

are manufacturing, using, selling, offering for sale, and importing into the United States products

that embody the purported invention of U.S. Patent No. 7,149,511 ("the '511 Patent"), and as a

result, have infringed the '511 Patent.  *See* Dkt. No. 82 at ¶¶ 14-15.

2.      For the reasons stated in more detail in Defendants' Memorandum in Support of

Their Motion to Sever the Proceedings, filed herewith, Rosetta's Amended Complaint joins five

distinct and unrelated Defendant groups in a single action based on their alleged infringement of the same patent, and thus violates 35 U.S.C. § 299. The Amended Complaint, which collectively accuses the Defendants of patent infringement based on different and unrelated products, fails to allege that the Defendants have acted in concert or that Defendants are jointly or severally liable. Further, the Complaint fails to allege a shared aggregate of operative facts that would justify joinder under 35 U.S.C. § 299.

WHEREFORE, pursuant to 35 U.S.C. § 299, Defendants respectfully request that the Court sever Rosetta's claims against each Defendant group.

Dated:          June 18, 2015                    Respectfully submitted,


                                                 */s/ Stacie R. Hartman*_____
                                                 Stacie R. Hartman (IL Bar No. 6237265)
                                                 A. Taylor Corbitt (IL Bar No.6299553)
                                                 SCHIFF HARDIN LLP
                                                 233 South Wacker Drive, Suite 6600
                                                 Chicago, IL 60611
                                                 (312) 258-5607
                                                 (312) 258-5600 FAX
                                                 shartman@schiffhardin.com
                                                 tcorbitt@schiffhardin.com

                                                 Brian E. Ferguson (*pro hac vice*)
                                                 Anish R. Desai (*pro hac vice*)
                                                 David M. DesRosier (*pro hac vice*)
                                                 Megan H. Wantland (*pro hac vice*)
                                                 WEIL, GOTSHAL & MANGES LLP
                                                 1300 Eye Street NW, Suite 900
                                                 Washington, DC 20005
                                                  (202) 682-7000
                                                  (202) 857-0940 FAX
                                                 brian.ferguson@weil.com
                                                 anish.desai@weil.com

                                                 *Counsel for Defendant Apple Inc.*

/s/ Martin R. Bader
Stephen S. Korniczky (*pro hac vice*)
Martin R. Bader (*pro hac vice*)
Ryan P. Cunningham (*pro hac vice*)
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
858-720-8900
skorniczky@sheppardmullin.com
mbader@sheppardmullin.com
rcunningham@sheppardmullin.com

Bradley C. Graveline
Sheppard Mullin Richter & Hampton LLP
70 West Madison Street, 48th Floor
Chicago, IL  60602
312-499-6300
bgraveline@sheppardmullin.com

*Counsel for Defendants HTC Corp. and HTC America, Inc.*

/s/ Steven Pepe
Marc A. Cavan (SBN 6255725)
Ropes & Gray LLP
191 North Wacker Drive
32nd Floor
Chicago, IL 60606
(312) 845-1200
marc.cavan@ropesgray.com

James R. Batchelder (*pro hac vice*)
Ropes & Gray LLP
1900 University Avenue
6th Floor
East Palo Alto, CA 94303
(650) 617-4000
james.batchelder@ropesgray.com

Steven Pepe (*pro hac vice*)
Alexander E. Middleton (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

steven.pepe@ropesgray.com
alexander.middleton@ropesgray.com

Matthew J. Rizzolo (*pro hac vice*)
Ropes & Gray LLP
700 12th Street, NW
One Metro Center
Washington, DC 20005
(202) 508-4600
matthew.rizzolo@ropesgray.com

*Counsel for Defendant Motorola Mobility LLC*


/s/ Jenny Colgate
Steven Lieberman
Jenny Colgate
Brian A. Tollefson
Rothwell, Figg, Ernst & Manbeck, P.C.
607 14th Street, NW
Washington, District of Columbia 20005
+1 (202) 783-6040
slieberman@rfem.com
jcolgate@rfem.com
btollefson@rfem.com

James R. Figliulo
Lisa Michelle Mazzone
Thomas Daniel Warman
Figliulo & Silverman
10 South LaSalle Street
Suite 3600
Chicago, IL 60603
(312) 251-4600
jfigliulo@fslegal.com
lmazzone@fslegal.com
twarman@fslegal.com

*Counsel for Defendants LG Electronics, Inc.*
*and LG Electronics U.S.A., Inc.*

*/s/ Gene W. Lee*
Richard T. McCaulley (SBN 6225506)
Eric Wei-inn Chang (SBN 6317702)
Ropes & Gray LLP
191 N. Wacker Drive
32nd Floor
Chicago, IL 60606
(312) 845-1200
richard.mccaulley@ropesgray.com
eric.chang@ropesgray.com

Gene W. Lee (*pro hac vice*)
Julian Moore (*pro hac vice*)
Seung woo Hur (*pro hac vice*)
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
gene.lee@ropesgray.com
julian.moore@ropesgray.com
ben.hur@ropesgray.com

*Counsel for Defendants Samsung Electronics Co. Ltd., a Foreign Corporation, and Samsung Electronics America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 18, 2015, she electronically filed the foregoing *Defendants' Motion To Sever The Proceedings Pursuant To 35 U.S.C. § 299* with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Stacie R. Hartman*
Stacie R. Hartman, Ill. Bar No. 6237265