IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROSETTA-WIRELESS CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 15 C 799 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| APPLE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Pursuant to the Opinion and Order [109], the following defendants are dismissed without prejudice as parties in this case: Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Motorola Mobility LLC, LG Electronics Co., LG Electronics USA Inc., High Tech Computer Corp. *also known as* HTC Corp., and HTC America Inc.

Date:  November 10, 2015                                  _____
U.S. District Judge Joan H. Lefkow